1

2

3

4

5

6

7

8

9          UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA

11         SAN JOSE DIVISION

12  RITO CHAVEZ, ET AL.,                    )          Case No.: C 09-03583 PVT
                                            )
13              Plaintiffs,                 )          **ORDER SETTING DEADLINE FOR PARTIES
                                            )          TO FILE EITHER A "CONSENT TO
14       v.                                 )          PROCEED BEFORE A UNITED STATES
                                            )          MAGISTRATE JUDGE," OR ELSE A
15  WASHINGTON MUTUAL BANK, F.A.,           )          "DECLINATION TO PROCEED BEFORE A
    ET AL.,                                 )          UNITED STATES MAGISTRATE JUDGE AND
16                                          )          REQUEST FOR REASSIGNMENT"**
                Defendants.                 )
17  _____  )

18

19          On September 16, 2009, defendants JP Morgan Chase, N.A., an acquirer of certain assets and

20  liabilities of Washington Mutual Bank from the FDIC acting as receiver, and California

21  Reconveyance Company moved to dismiss.  This case has been assigned to a Magistrate Judge.

22  Before the court takes any action on the motion to dismiss, the court must determine whether or not

23  all of the parties who have appeared consent to Magistrate Judge jurisdiction, or whether any of the

24  parties request reassignment to a District Judge.  Therefore,

25          IT IS HEREBY ORDERED that no later than October 9, 2009, each party who has not

26  already done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or

27  else a "Declination to Proceed Before a United States Magistrate Judge and Request for

28  Reassignment."  Both forms are available from the clerk of the court, or from the Forms (Civil)

ORDER, *page 1*

1   section of the court's website at www.cand.uscourts.gov.

2   Dated:     September 28, 2009

3

4   PATRICIA V. TRUMBULL
    United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28