UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| RITO CHAVEZ, ET AL., | ) | Case No.: C 09-03583 PVT |
| Plaintiffs, | ) | |
| v. | ) | **ORDER FOR REASSIGNMENT TO A DISTRICT COURT JUDGE** |
| WASHINGTON MUTUAL BANK, F.A., ET AL., | ) | |
| Defendants. | ) | |

On September 16, 2009, defendants JP Morgan Chase N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank from the FDIC acting as receiver, and California Reconveyance Company moved to dismiss. On September 28, 2009, this court had ordered that the parties file either a "consent to proceed before a United States Magistrate Judge," or else a "declination to proceed before a United States Magistrate Judge and request for reassignment" no later than October 9, 2009. ("September 28, 2009 Order"). All of the parties have not consented (or otherwise responded to the September 28, 2009 Order) to jurisdiction of this court. Accordingly, the

ORDER, *page 1*

above-captioned action shall be reassigned to a district court judge.

IT IS SO ORDERED.

Dated: October 13, 2009

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge