**E-Filed 1/7/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RITO CHAVEZ, et al.,<br><br>                 Plaintiffs,<br><br>     v.<br><br>WASHINGTON MUTUAL BANK, F.A., et al.,<br><br>                 Defendants. | Case Number C 09-3583 JF (PVT)<br><br>ORDER[1] GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND; VACATING HEARING DATE; AND CONTINUING CASE MANAGEMENT CONFERENCE<br><br>[re: document no. 14 ] |

      Defendant JP Morgan Chase Bank, N.A., moves to dismiss all ten claims for relief in Plaintiffs' first amended complaint. Plaintiffs allege violations of the Truth in Lending Act, 15 U.S.C. § 1601 *et seq.* and related claims. The Court concludes that this motion is appropriate for determination without oral argument and will vacate the hearing date of January 8, 2010. *See* Civ. L.R. 7-1(b).

      Under this Court's Civil Local Rules, Plaintiffs' opposition was due at least twenty-one days before the noticed hearing date of January 8, 2010, or by December 18, 2010. Plaintiffs' opposition papers were filed twelve days late, on December 30, 2009. Plaintiffs did not obtain

---

    [1] This disposition is not designated for publication in the official reports.

Case No. C 09-3583 JF (PVT)
ORDER GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND AND CONTINUING CMC
(JFLC2)

leave of court to file late, nor do they offer any explanation for the late filing. Accordingly, the Court will strike the opposition as untimely. The Court notes that on the same date that Plaintiffs filed the opposition, they also filed a notice of voluntary dismissal with respect to certain claims. Because the instant motion appears well-taken and is unopposed, and in light of Plaintiffs' concession regarding certain of the claims, the motion to dismiss will be granted with leave to amend. Any amended pleading shall be filed within twenty (20) days after the date of this order.

**ORDER**

For good cause shown,

(1) the motion to dismiss is GRANTED, WITH LEAVE TO AMEND;

(2) any amended pleading shall be filed within twenty (20) days after the date of this order;

(3) the hearing date of January 8, 2010 is VACATED; and

(4) the Case Management Conference set for January 8, 2010 is CONTINUED to March 12, 2010 at 10:30 a.m.

DATED: January 7, 2010

_____
JEREMY FOGEL
United States District Judge