**E-Filed 1/7/2010**

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11

12   RITO CHAVEZ, et al.,                    Case Number C 09-3583 JF (PVT)

13                    Plaintiffs,             ORDER[1] GRANTING MOTION TO
                                              DISMISS WITH LEAVE TO AMEND;
14          v.                                VACATING HEARING DATE; AND
                                              CONTINUING CASE
15   WASHINGTON MUTUAL BANK, F.A., et al.,    MANAGEMENT CONFERENCE

16                    Defendants.             [re: document no. 14 ]

17

18

19          Defendant JP Morgan Chase Bank, N.A., moves to dismiss all ten claims for relief in

20   Plaintiffs' first amended complaint.  Plaintiffs allege violations of the Truth in Lending Act, 15

21   U.S.C. § 1601 *et seq*. and related claims.  The Court concludes that this motion is appropriate for

22   determination without oral argument and will vacate the hearing date of January 8, 2010.  *See*

23   Civ. L.R. 7-1(b).

24          Under this Court's Civil Local Rules, Plaintiffs' opposition was due at least twenty-one

25   days before the noticed hearing date of January 8, 2010, or by December 18, 2010.  Plaintiffs'

26   opposition papers were filed twelve days late, on December 30, 2009.  Plaintiffs did not obtain

27   _____

28          [1]      This disposition is not designated for publication in the official reports.

Case No. C 09-3583 JF (PVT)
ORDER GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND AND CONTINUING CMC
(JFLC2)

1  leave of court to file late, nor do they offer any explanation for the late filing.  Accordingly, the

2  Court will strike the opposition as untimely.  The Court notes that on the same date that Plaintiffs

3  filed the opposition, they also filed a notice of voluntary dismissal with respect to certain claims.

4  Because the instant motion appears well-taken and is unopposed, and in light of Plaintiffs'

5  concession regarding certain of the claims, the motion to dismiss will be granted with leave to

6  amend.  Any amended pleading shall be filed within twenty (20) days after the date of this order.

7                                                     **ORDER**

8          For good cause shown,

9          (1)      the motion to dismiss is GRANTED, WITH LEAVE TO AMEND;

10        (2)      any amended pleading shall be filed within twenty (20) days after the date of this

11                 order;

12        (3)      the hearing date of January 8, 2010 is VACATED; and

13        (4)      the Case Management Conference set for January 8, 2010 is CONTINUED to

14                 March 12, 2010 at 10:30 a.m.

15

16  DATED:   January 7, 2010

17

18                                                    _____
                                                       JEREMY FOGEL
19                                                    United States District Judge

20

21

22

23

24

25

26

27

28

                                                     2